IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JENNIFER PURIFOY**                                                                                      **PLAINTIFF**

v.                                        **CASE NO. 4:25-CV-00291-BSM**

**OFFICER ALBERT NELSON;**
**OFFICER KEITH CREMEENS;**
**CITY OF LITTLE ROCK;**
**and PAOLA GONZALES**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE